**SESSIONS & KIMBALL LLP**
Larry Herrera, State Bar No. 278315
leh@job-law.com
23456 Madero, Suite 170
Mission Viejo, California 92691
Tel: (949) 380-0900
Fax: (949) 380-8283

Attorneys for Plaintiff
TRICIA O'CONNOR

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRICIA O'CONNOR, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MESSAGE BROADCAST, LLC, a California Limited Liability Corporation; TIMOTHY STEELE; and DOES 1-50, inclusive<br><br>Defendants. | Case No. 8:18-cv-01769-JVS-JDE<br><br>Hon. James V. Selna<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: Not yet set |
|---|---|

//
//
//
//
//
//
//
//

1

ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER DISMISSING THE CASE WITH PREJUDICE

Good cause appearing based on the above stipulation of the Parties, IT IS HEREBY ORDERED that:

1. The above referenced case, case no. 8:18-cv-01769-JVS-JDE, is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____
Hon. James V. Selna
United States District Judge